ACCEPTED
15-25-00133-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/25/2025 3:14 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00133-CV

_____

**In The Fifteenth Court of Appeals**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/25/2025 3:14:34 PM
CHRISTOPHER A. PRINE
Clerk

_____

DAWN BUCKINGHAM. M.D., as Commissioner of the
Texas General Land Office,

Appellant,

v.

LONE OAK CLUB, LLC

Appellee.

_____

Appeal from Cause No. CV27446-A in the 253rd District Court of
Chambers County, Texas

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

_____

Ken Slavin
ken.slavin@kempsmith.com
Texas Bar No. 18496100
KEMP SMITH LLP
221 N. Kansas St. | Suite 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (facsimile)

Deborah C. Trejo
deborah.trejo@kempsmith.com
Texas Bar No. 24007004
KEMP SMITH LLP
1301 Nueces St., Suite 100
Austin, Texas 78701
(512) 320-5225
(512) 320-5431 (facsimile)

Attorneys for Appellant

**TO THE HONORABLE COURT OF APPEALS:**

DAWN BUCKINGHAM, M.D., as the Land Commissioner of the Texas General Land Office ("Appellant") respectfully files this unopposed motion for a twenty-one (21) day extension of time to file her Brief of Appellant and would show the Court the following:

1. The current deadline for filing the Brief of Appellant is December 1, 2025.

2. Appellant requests a twenty-one (21) day extension of time to file the Brief of Appellant for a new deadline of December 22, 2025.

3. The Court has the authority under Tex. R. App. P. 38.6(d) to extend the time to file a brief.

4. This extension is requested because Appellant's attorneys are unable to complete the brief by the due date because of prior work deadlines including:

- Appellant's counsel assisted co-counsel extensively to prepare for oral argument held on November 12, 2025 in *City of Dallas v. Dallas Police and Fire Pension System*, No. 08-25-00020-CV, in the Eighth Court of Appeals, El Paso, Texas;

- Appellant's counsel has assisted co-counsel extensively in preparation for oral argument to be held in the Texas Supreme Court on December 2, 2025, in *Clifton et al v. Johnson et al,* Case No. 23-0671, in the Supreme Court of Texas;

- Appellant's counsel prepared for argument in hearings set for November 20, 2025, on multiple summary judgment motions in the case of *Jim Omer Dixon et al. v. County Royalty Acquisition Program, Inc. et al, Cause No. 23-06-U5024-OTH* in the 112th District Court of Upton County, Texas.

2

5. This is the Appellant's first motion for an extension of time for filing her brief. This request is not made for purposes of delay, but so that justice may be done.

## CERTIFICATE OF CONFERENCE

The undersigned attorney has conferred with Edward R. Norwood, counsel for Appellee, and this motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Appellant requests an extension of time to file its reply brief, creating a new deadline of December 22, 2025.

Respectfully submitted,

KEMP SMITH LLP
221 North Kansas, Suite 1700
El Paso, Texas  79901-1441
(915) 533-4424
(915) 546-5360 (FAX)

By: _____
Ken Slavin
State Bar No. 18496100
ken.slavin@kempsmith.com
KEMP SMITH LLP
1301 Nueces St., Suite 100
Austin, Texas 78701
Telephone: (512) 320-5466
Facsimile:  (512) 320-5431
Deborah Trejo
State Bar No.24007004
deborah.trejo@kempsmith.com

Attorneys for Appellant

3

# CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record for Appellee, by electronic mail and/or electronic filing on this on this 25th day of November, 2025.

Edgar R. Norwood
The Norwood Law Firm
340 Main St.
Liberty, TX 77575-4806
enorwood@ednorwoodlaw.com

_____
KEN SLAVIN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terry Castillo on behalf of Ken Slavin
Bar No. 18496100
tschoemer@kempsmith.com
Envelope ID: 108465146
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Brief of Appellant
Status as of 11/25/2025 3:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Trejo | | deborah.trejo@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Rachel Moreno | | rachel.moreno@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Greta Duran | | greta.duran@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Terry Castillo | | terry.castillo@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Ken Slavin | | ken.slavin@kempsmith.com | 11/25/2025 3:14:34 PM | SENT |
| Ed Norwood | | enorwood@ednorwoodlaw.com | 11/25/2025 3:14:34 PM | SENT |
| Michael Sanders | | mcs@sandersfirm.law | 11/25/2025 3:14:34 PM | SENT |